## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MOVSAS MARJANIAN, Individually and on behalf of all others similarly situated<br><br>        Plaintiff,<br>   v.<br><br>ALLIED NEVADA GOLD CORP., SCOTT A. CALDWELL, ROBERT M. BUCHAN, RANDY E. BUFFINGTON, STEPHEN M. JONES,<br><br>        Defendants | **Civil Action No. 3:14-cv-00175-LRH-WGC**<br><br>**[PROPOSED] ORDER GRANTING MOTION TO FILE SUR-REPLY OF ANDREY SLOMNITSKY IN RESPONSE TO THE REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF THE MOTION OF RICHARD HEIL AND STATE-BOSTON RETIREMENT SYSTEM FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF THEIR SELECTION OF COUNSEL, AND IN OPPOSITION TO THE COMPETING MOTIONS** |
| JANET MARTINEZ, Individually and on behalf of all others similarly situated<br><br>        Plaintiff,<br>   v.<br><br>ALLIED NEVADA GOLD CORP., SCOTT A. CALDWELL, ROBERT M. BUCHAN, RANDY E. BUFFINGTON, STEPHEN M. JONES,<br><br>        Defendants | **Civil Action No. 2:14-cv-00650-JCM-VCF** |

**WHEREAS**, the Court, having considered the Motion to File Sur-Reply Of Andrey Slomnitsky In Response To The Reply Memorandum Of Law In Further Support Of The Motion Of Richard Heil And State-Boston Retirement System For Consolidation, Appointment As Lead

Plaintiff, And Approval Of Their Selection Of Counsel, And In Opposition to the Competing Motions (the "Motion"), all papers in support thereof and in opposition thereto, and good cause appearing therefor:

1.     The Motion is hereby granted; and

2.     the Sur-Reply Of Andrey Slomnitsky In Response To The Reply Memorandum Of Law In Further Support Of The Motion Of Richard Heil And State-Boston Retirement System For Consolidation, Appointment As Lead Plaintiff, And Approval Of Their Selection Of Counsel, And In Opposition To The Competing Motions, in the form annexed as Exhibit 1 to the Motion, is deemed filed.

**IT IS SO ORDERED.**

DATED: _____, 2014

_____
UNITED STATES DISTRICT JUDGE
FOR THE DISTRICT OF NEVADA