UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

# DESIGNATION OF TRANSCRIPTS
# TO BE USED IN RECORD ON APPEAL

District Court Case Number: __3:14-cv-00175-LRH-WGC__

Court of Appeals Case Number: __17-17110__

Case Caption: __Andrey Slomnitsky, et al. v. Scott Caldwell, et al.__

_____ Transcripts are **NOT** required for this appeal.

The undersigned hereby designates the following transcripts to be used in the record on appeal for the above listed case and appeal:

| Date of Hearing | Docket Number | Proceeding | Recorder/ Reporter | Transcript Filed Yes/No |
|---|---|---|---|---|
| 3/30/2016 | 119 | Motion to Dismiss Hearing | Donna Davidson | Yes |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Date: __10/23/2017__

__/s/ Martin A. Muckleroy__
Signature

__Martin A. Muckleroy__
Print Name

__Andrey Slomnitsky (Appellant)__
Appellant/Appellee