**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE ALLIED NEVADA GOLD CORP., SECURITIES LITIGATION | Case No. 3:14-cv-00175-LRH-WGC<br><br>**STIPULATION AND ORDER SETTING SCHEDULE FOR ANSWER TO SECOND CONSOLIDATED AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

WHEREAS, on March 13, 2019, the United States Court of Appeals for the Ninth Circuit filed a mandate (ECF No. 145) regarding the November 29, 2018 judgment of the United States Court of Appeals for the Ninth Circuit (ECF No. 141) that reversed this Court's order dismissing the Second Consolidated Amended Complaint for Violations of the Federal Securities Laws ("Amended Complaint") with prejudice (ECF No. 136) and remanded the matter to this Court;

WHEREAS, the parties intend to participate in a conference pursuant to Federal Rule of Civil Procedure 26(f) before May 2, 2019 and, thereafter, to prepare for submission to this Court a discovery plan and scheduling order with SPECIAL SCHEDULING REVIEW REQUESTED in accordance with LR 26-1;

WHEREAS, following the Ninth Circuit's decision, Defendants Scott A. Caldwell, Robert M. Buchan, Randy E. Buffington, and Stephen M. Jones ("Defendants") must file an Answer to the Amended Complaint, and propose to do so by May 2, 2019;

WHEREAS, counsel for the parties have conferred regarding the time for Defendants to file their Answer and Plaintiff does not object to Defendants' proposed deadline for the filing of their Answer;

WHEREAS, this Stipulation is entered into without prejudice to any position that the parties may take in this Action;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Plaintiff and Defendants, by and through their respective counsel, and subject to the Court's approval, that:

Defendants will file an Answer to Plaintiff's Amended Complaint by May 2, 2019.

| | |
|---|---|
| DICKINSON WRIGHT PLLC | MUCKLEROY LUNT, LLC |
| /s/ John P. Desmond | /s/ Martin A. Muckleroy |
| John P. Desmond (SBN 5618)<br>Brian R. Irvine (SBN 7758)<br>Anjali D. Webster (SBN 12515)<br>100 West Liberty Street<br>Suite 940<br>Reno, Nevada 89501<br>Telephone: (775) 343-7500<br>Facsimile: (775) 786-0131<br>jdesmond@dickinson-wright.com<br>birvine@dickinson-wright.com<br>awebster@dickinson-wright.com | Martin A. Muckleroy (SBN 9634)<br>MUCKLEROY LUNT, LLC<br>6077 S. Fort Apache Rd., Ste. 140<br>Las Vegas, NV 89148<br>Telephone: (702) 907-0097<br>Facsimile: (702) 938-4065<br>martin@muckleroylunt.com |
| Robert A. Sacks (admitted *pro hac vice*)<br>SULLIVAN & CROMWELL LLP<br>1888 Century Park East<br>Los Angeles, California 90067<br>Telephone: (310) 712-6600<br>Facsimile: (310) 712-8800<br>sacksr@sullcrom.com | Charles J. Piven (*admitted pro hac vice*)<br>BROWER PIVEN<br>A Professional Corporation<br>1925 Old Valley Road<br>Stevenson, MD 21153<br>Telephone: (410) 332-0030<br>Facsimile: (410) 685-1300<br>piven@browerpiven.com |
| Laura Kabler Oswell (admitted *pro hac vice*)<br>1870 Embarcadero Road<br>Palo Alto, California 94303<br>Telephone: (650) 461-5600<br>Facsimile: (650) 461-5700<br>oswelll@sullcrom.com | *Attorneys for Plaintiff Andrey Slomnitsky* |
| *Attorney for Defendants Scott A. Caldwell, Robert M. Buchan, Randy E. Buffington, and Stephen M. Jones* | |

\* \* \*

IT IS SO ORDERED

DATED this 8th day of April, 2019.

_____
THE HONORABLE LARRY R. HICKS
UNITED STATES DISTRICT JUDGE