John P. Desmond (SBN 5618)
Brian R. Irvine (SBN 7758)
Anjali D. Webster (SBN 12515)
DICKINSON WRIGHT PLLC
100 West Liberty Street, Suite 940
Reno, Nevada 89501
Telephone:     (775) 343-7500
Facsimile:      (775) 786-0131
jdesmond@dickinson-wright.com
birvine@dickinson-wright.com
awebster@dickinson-wright.com

*Attorneys for Defendants Scott A. Caldwell, Robert M. Buchan, Randy E. Buffington, and Stephen M. Jones*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE ALLIED NEVADA GOLD CORP., SECURITIES LITIGATION | Case No. 3:14-cv-00175-LRH-WGC <br><br> **STIPULATION AND ORDER SETTING SCHEDULE FOR FILING FED. R. CIV. P. 26(f) AND LR 26-1 REPORT** <br><br> **(FIRST REQUEST)** |

STIPULATION AND ORDER SETTING SCHEDULE FOR FILING FED. R. CIV. P. 26(f) AND LR 26-1 REPORT
CASE NO. 3:14-cv-00175-LRH-WGC

SULLIVAN & CROMWELL LLP

| | |
|---|---|
| 1 | WHEREAS, the parties participated in conferences pursuant to Federal Rule of Civil Procedure 26(f) on April 24, 2019 and May 2, 2019, and thereafter have had, and continue to have, communications concerning the preparation of a Rule 26(f) Report, which will include a proposed discovery plan and scheduling order and request Special Scheduling Review in accordance with Local Rule 26-1, as well as a Form of Production Stipulation to govern the production of electronically-stored and other information and a [Proposed] Confidentiality Agreement and Stipulation Protective Order; |

WHEREAS, the parties participated in conferences pursuant to Federal Rule of Civil Procedure 26(f) on April 24, 2019 and May 2, 2019, and thereafter have had, and continue to have, communications concerning the preparation of a Rule 26(f) Report, which will include a proposed discovery plan and scheduling order and request Special Scheduling Review in accordance with Local Rule 26-1, as well as a Form of Production Stipulation to govern the production of electronically-stored and other information and a [Proposed] Confidentiality Agreement and Stipulation Protective Order;

WHEREAS, to provide sufficient time for the parties to complete discussions regarding certain scheduling, procedural and substantive matters, counsel for the parties have conferred and agreed on a date certain to file with the Court the Rule 26(f) Report, which will include a proposed discovery plan and scheduling order;

WHEREAS, this Stipulation is entered into without prejudice to any position that the parties may take in this Action;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Plaintiff and Defendants, by and through their respective counsel, and subject to the Court's approval, that:

The parties will file the Rule 26(f) Report, which will include a proposed discovery plan and scheduling order, on or before May 22, 2019.

DATED: May 8, 2019

DICKINSON WRIGHT PLLC

 /s/ John P. Desmond
John P. Desmond (SBN 5618)
Brian R. Irvine (SBN 7758)
Anjali D. Webster (SBN 12515)
100 West Liberty Street
Suite 940
Reno, Nevada 89501
Telephone:	(775) 343-7500
Facsimile:	(775) 786-0131
jdesmond@dickinson-wright.com
birvine@dickinson-wright.com
awebster@dickinson-wright.com

SULLIVAN & CROMWELL LLP

STIPULATION AND ORDER SETTING SCHEDULE FOR FILING FED. R. CIV. P. 26(f) AND LR 26-1 REPORT
CASE NO. 3:14-cv-00175-LRH-WGC

Robert A. Sacks (admitted pro hac vice)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067
Telephone:     (310) 712-6600
Facsimile:      (310) 712-8800
sacksr@sullcrom.com

Laura Kabler Oswell (admitted pro hac vice)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone:     (650) 461-5600
Facsimile:      (650) 461-5700
oswelll@sullcrom.com

Attorney for Defendants Scott A. Caldwell, Robert M. Buchan, Randy E. Buffington, and Stephen M. Jones


 /s/ Martin A. Muckleroy
Martin A. Muckleroy (SBN 9634)
MUCKLEROY LUNT, LLC
6077 S. Fort Apache Rd., Ste. 140
Las Vegas, NV 89148
Telephone:  (702) 907-0097
Facsimile:  (702) 938-4065
martin@muckleroylunt.com

BROWER PIVEN
  A Professional Corporation
Charles J. Piven (admitted pro hac vice)
1925 Old Valley Road
Stevenson, MD 21153
Telephone: (410) 332-0030
Facsimile: (410) 685-1300
piven@browerpiven.com

BROWER PIVEN
  A Professional Corporation
David A.P. Brower (admitted pro hac vice)
136 Madison Avenue, 5th Floor
New York, NY 10016
Telephone:  (212) 501-9000
Facsimile: (212) 501-0300
brower@browerpiven.com

-2- STIPULATION AND ORDER SETTING SCHEDULE FOR FILING FED. R. CIV. P. 26(f) AND LR 26-1 REPORT
CASE NO. 3:14-cv-00175-LRH-WGC

SULLIVAN &
CROMWELL LLP

| | |
|---|---|
| 1 | ROBBINS GELLER RUDMAN |
| | & DOWD LLP |
| 2 | Samuel H. Rudman (admitted pro hac vice) |
| | Joseph Russello (admitted pro hac vice) |
| 3 | William J. Geddish (admitted pro hac vice) |
| | 58 South Service Road, Suite 200 |
| 4 | Melville, New York 11747 |
| | Telephone: (631) 367-7100 |
| 5 | Facsimile: (631) 367-1173 |
| | srudman@rgrdlaw.com |
| 6 | jrussello@rgrdlaw.com |
| 7 | wgeddish@rgrdlaw.com |
| 8 | Attorneys for Plaintiff Andrey Slomnitsky |

\* \* \*

IT IS SO ORDERED.

DATED: May 9, 2019.

*/s/ William G. Cobb*
THE HONORABLE WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE

-3- STIPULATION AND ORDER SETTING SCHEDULE FOR FILING FED. R. CIV. P. 26(f) AND LR 26-1 REPORT
CASE NO. 3:14-cv-00175-LRH-WGC

SULLIVAN &
CROMWELL LLP