MARTIN A. MUCKLEROY (SBN 9634)
MUCKLEROY LUNT, LLC
6077 South Fort Apache Road, Suite 140
Las Vegas, NV 89148
Telephone: (702) 907-0097
Facsimile: (702) 938-4065
martin@muckleroylunt.com

*Counsel for Lead Plaintiff Andrey Slomnitsky
and Liaison Counsel for the Proposed Class*

[Additional Counsel Appear on Signature Page]

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE ALLIED NEVADA GOLD CORP., SECURITIES LITIGATION | Case No. 3:14-cv-00175-LRH-WGC <br><br> **STIPULATION** |

**WHEREAS**, Defendants have requested certain information related to fifteen (15) former employees referenced in the Second Amended Class Action Complaint ("Former Employees") filed in the above-captioned action through Defendants' First Set of Requests for Production to Lead Plaintiff Andrey Slomnitsky, dated April 29, 2019 (the "Defendants' Document Requests"), and Defendants' First Interrogatory to Lead Plaintiff Andrey Slomnitsky, dated June 7, 2019 ("Defendants' Interrogatory");

**WHEREAS**, Plaintiff has asserted various objections to providing the information requested by Defendants' Document Requests and Defendants' Interrogatory relating to the Former Employees, including but not limited to the name, last known address, last known telephone number and

1

last known email address of each of the Former Employees, based upon, but not limited to, Plaintiff's counsel's attorneys' work product protections; and

**WHEREAS**, the parties are desirous of avoiding motion practice and further delay,

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, between Plaintiff and Defendants, by and through their respective undersigned counsel, that:

1. Plaintiff shall provide the name, last known address, last known telephone number and last known email address of each of the Former Employees ("Identity and Contact Information") in response to Defendants' Document Requests and Defendants' Interrogatory, and Defendants agree that the act of providing the Identity and Contact Information shall not be deemed, constitute or argued by Defendants to be a waiver of Plaintiff's counsel's attorneys' work product protections with respect to the Identity and Contact Information, if and to the extent such privilege exists with respect to the Identity and Contact Information prior to its disclosure thereof pursuant to this Stipulation and/or of any other objections(s) Plaintiff may have or assert to providing the Identity and Contact Information pursuant to Defendants' Document Requests and/or Defendants' Interrogatory;

2. To the extent Plaintiff or his counsel contend documents responsive to any of Defendants' Document Requests and/or Defendants' Interrogatory are subject to work product protection or other privilege or objections and withhold such documents based thereon ("Withheld Documents"), Plaintiff will provide a privilege log identifying the Withheld Documents; and

3. Plaintiff agrees that by entering into this Stipulation, Defendants reserve all of their rights with respect to seeking further responses to Defendants' Document Requests and Defendants' Interrogatory, including challenging any assertions by Plaintiff's and/or Plaintiff's counsel of privilege or work product protection, other than as set forth above in Paragraph 1, above.

2

STIPULATION
CASE NO. 3:14-cv-00175-LRH-WGC

Dated: July 10, 2019

                /s/ Martin A. Muckleroy

Martin A. Muckleroy (SBN 9634)
MUCKLEROY LUNT, LLC
6077 S. Fort Apache Rd., Ste. 140
Las Vegas, NV 89148
Telephone: (702) 907-0097
Facsimile: (702) 938-4065
martin@muckleroylunt.com

BROWER PIVEN
   A Professional Corporation
DAVID A.P. BROWER (admitted *pro hac vice*)
136 Madison Avenue, 5th Floor
New York, NY 10016
Telephone: (212) 501-9000
Facsimile: (212) 501-0300
brower@browerpiven.com

– and –

BROWER PIVEN
   A Professional Corporation
CHARLES J. PIVEN (admitted *pro hac vice*)
YELENA TREPETIN (admitted *pro hac vice*)
3704 North Charles Street, #1301
Baltimore, Maryland 21218
Telephone: (410) 332-0030
Facsimile: (410) 685-1300
piven@browerpiven.com
trepetin@browerpiven.com

ROBBINS GELLER RUDMAN &
DOWD LLP
SAMUEL H. RUDMAN (admitted *pro hac vice*)
JOSEPH RUSSELLO (admitted *pro hac vice*)
WILLIAM J. GEDDISH (admitted *pro hac vice*)
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: (631) 367-7100
Facsimile: (631) 367-1173
srudman@rgrdlaw.com
jrussello@rgrdlaw.com
wgeddish@rgrdlaw.com

*Attorneys for Lead Plaintiff Andrey Slomnitsky*

|  |  |
|---|---|
| 1 | |
| 2 | *[signature]* |
| | John P. Desmond (SBN 5618) |
| 3 | Brian R. Irvine (SBN 7758) |
| | Anjali D. Webster (SBN 12515) |
| 4 | DICKINSON WRIGHT PLLC |
| | 100 West Liberty Street |
| 5 | Suite 940 |
| | Reno, Nevada 89501 |
| 6 | Telephone: (775) 343-7500 |
| | Facsimile: (775) 786-0131 |
| 7 | jdesmond@dickinson-wright.com |
| | birvine@dickinson-wright.com |
| | awebster@dickinson-wright.com |

Robert A. Sacks (admitted *pro hac vice*)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067
Telephone: (310) 712-6600
Facsimile: (310) 712-8800
sacksr@sullcrom.com

Laura Kabler Oswell (admitted *pro hac vice*)
Duncan Simpson LaGoy (admitted *pro hac vice*)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone: (650) 461-5600
Facsimile: (650) 461-5700
oswelll@sullcrom.com

*Attorney for Defendants Scott A. Caldwell, Robert M. Buchan, Randy E. Buffington, and Stephen M. Jones*

IT IS SO ORDERED.

DATED: July 10, 2019.

*[signature]* William G. Cobb
_____
UNITED STATES MAGISTRATE JUDGE

4