Martin A. Muckleroy (SBN 9634)
MUCKLEROY LUNT, LLC
6077 South Fort Apache Road, Suite 140
Las Vegas, NV 89148
Telephone: (702) 907-0097
Facsimile: (702) 938-4065
martin@muckleroylunt.com

*Counsel for Lead Plaintiff Andrey Slomnitsky
and Liaison Counsel for the Proposed Class*

[*Additional Counsel Appear on Signature Page*]

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re ALLIED NEVADA GOLD CORP. SECURITIES LITIGATION | Case No. 3:14-CV-00175-LRH-WGC<br><br>CLASS ACTION<br><br>STIPULATED FORM OF PRODUCTION AGREEMENT AND ORDER |

This Form of Production Agreement will govern the format in which the parties produce documents in the above-captioned case.

**I.  PRODUCTION OF HARD COPY DOCUMENTS- FORMAT**

1.  **Hard Copy Documents**: Hard copy documents should be scanned as single-page, Group IV, 300 DPI TIFF images with an .opt image cross-reference file and a delimited database load file (*i.e.*, .dat). The database load file should contain the following fields: "BEGNO," "ENDNO," "PAGES," "VOLUME" and "CUSTODIAN." The documents should be logically unitized (*i.e.*, distinct documents shall not be merged into a single record, and single documents shall not be split into multiple records) and be produced in the order in which they are kept in the

1

usual course of business. If an original document contains color, the document shall be produced as single-page, 300 DPI JPG images with JPG compression and a high quality setting as to not degrade the original image. Multi-page OCR text for each document should also be provided. The OCR software shall maximize text quality. Settings such as "auto-skewing" and "auto-rotation" should be turned on during the OCR process.

## II. PRODUCTION OF ESI

1. **Format**: Electronically stored information ("ESI") should be produced in single-page, black and white, TIFF Group IV, 300 DPI TIFF images with the exception of spreadsheet type files, source code, audio and video files, which should be produced in native format. If an original document contains color, the document shall be produced as single-page, 300 DPI JPG images with JPG compression and a high quality setting as to not degrade the original image. Parties are under no obligation to enhance an image beyond how it was kept in the usual course of business. TIFFs/JPGs should show any and all text and images which would be visible to the reader using the native software that created the document, with the exception of redacted portions. For example, TIFFs/JPGs of e-mail messages should include the BCC line. Power Point documents shall be processed with hidden slides and all speaker notes unhidden, and shall be processed to show both the slide and the speaker's notes on the TIFF /JPG image.

2. **Format - Native Files:** If a document is produced in native, a single-page, Bates stamped image slip sheet stating the document has been produced in native format should also be provided. Each native file should be named according to the Bates number it has been assigned, and should be linked directly to its corresponding record in the load file using the NATIVELINK field. To the extent that either party believes that specific documents or classes of documents, not already identified within this protocol, should be produced in native format, the parties should meet and confer in good faith.

3. **De-Duplication:** Each party shall remove exact duplicate documents based on MD5 or SHA-1 hash values, at the family level. Attachments should not be eliminated as duplicates for purposes of production, unless the parent e-mail and all attachments are also duplicates. An e-mail that includes content in the BCC or other blind copy field shall not be treated as a duplicate of an e-mail that does not include content in those fields, even if all remaining content in the e-mail is identical. De-duplication should be done across the entire collection (global de-duplication) and the CUSTODIAN field should list each custodian, separated by a semicolon, who was a source of that document and the FILEPATH field will list each file path, separated by a semicolon, that was a source of that document. Should the CUSTODIAN or FILEPATH metadata fields produced become outdated due to rolling productions, an overlay file providing all the custodians and file paths for the affected documents should be produced prior to substantial completion of the document production.

4. **Technology Assisted Review (or "Predictive Coding"):** Technology Assisted Review, as defined herein, shall mean and refer to a process of machine learning to assist in the categorization and ranking for review of a collection of documents using a computerized system that utilizes the decisions that a party, or its counsel, has made on a smaller subset of the collection and then applies those decisions to the balance of the collection. Predictive coding/Technology Assisted Review shall not be used for the purpose of culling the documents to be reviewed or produced without notifying the requesting party prior to use and with ample time to meet and confer in good faith regarding a mutually agreeable protocol for the use of such technologies.

5. **Metadata:** All ESI shall be produced with a delimited, database load file that contains the metadata fields listed in Table 1, attached hereto. The metadata produced should have the correct encoding to enable preservation of the documents' original language.

6. **Embedded Objects:** Embedded files shall be produced as attachments to the document that contained the embedded file, with the parent/child relationship preserved. The embedded files and the original document containing the embedded files will all be produced in accordance with the formats agreed upon herein (*e.g.*, Excel files as native files, etc.).

7. **Compressed File Types:** Compressed file types (*e.g.*, .ZIP, .RAR, .CAB, .Z) should be decompressed so that the lowest level document or file is extracted.

8. **Structured Data:** To the extent a response to discovery requires production of electronic information stored in a database, including the production of text messages or similar communications, the parties will meet and confer regarding methods of production. Parties will consider whether all relevant information may be provided by querying the database for discoverable information and generating a report in a reasonably usable and exportable electronic file.

9. **Exception Report:** The producing party shall compile an exception report enumerating any unprocessed or unprocessable documents, their file type and the file location.

10. **Encryption:** To maximize the security of information in transit, any media on which documents are produced may be encrypted. In such cases, the producing party shall transmit the encryption key or password to the receiving party, under separate cover, contemporaneously with sending the encrypted media.

11. **Redactions:** If documents that the parties have agreed to produce in native format need to be redacted, the parties should meet and confer regarding how to implement redactions while ensuring that proper formatting and usability are maintained.

| | |
|---|---|
| Dated: July 18, 2019 | Dated: July 18, 2019 |
| MUCKLEROY LUNT, LLC | DICKINSON WRIGHT PLLC |
| By: */s/ Martin A. Muckleroy* <br> Martin A. Muckleroy (SBN 9634) <br> 6077 South Fort Apache Road, Suite 140 <br> Las Vegas, Nevada 89148 <br> Telephone: (702) 907-0097 | By: */s/ John P. Desmond* <br> John P. Desmond (SBN 5618) <br> Justin J. Bustos (SBN 10320) <br> 100 West Liberty Street, Suite 940 <br> Reno, Nevada 89501 <br> Telephone: (775) 343-7500 |
| *Liaison Counsel for Lead Plaintiff* | |
| BROWER PIVEN <br> A Professional Corporation <br> Charles J. Piven (admitted *pro hac vice*) <br> 3704 North Charles Street, #1301 <br> Baltimore, Maryland 21218 <br> Telephone: (410) 332-0030 | SULLIVAN & CROMWELL LLP <br> Robert A. Sacks (admitted *pro hac vice*) <br> 1888 Century Park East <br> Los Angeles, California 90067 <br> Telephone: (310) 712-6600 |
| *Counsel for Lead Plaintiff Andrey Slomnitsky and Lead Counsel for the Proposed Class* | – and – |
| ROBBINS GELLER RUDMAN <br> & DOWD LLP <br> Samuel H. Rudman (admitted *pro hac vice*) <br> Joseph Russello (admitted *pro hac vice*) <br> William J. Geddish (admitted *pro hac vice*) <br> 58 South Service Road, Suite 200 <br> Melville, New York 11747 <br> Telephone: (631) 367-7100 | Laura Kabler Oswell (admitted *pro hac vice*) <br> Duncan C. Simpson LaGoy <br> (admitted *pro hac vice*) <br> 1870 Embarcadero Road <br> Palo Alto, California 94303 <br> Telephone: (650) 461-5600 <br><br> *Counsel for Defendants Scott A. Caldwell, Robert M. Buchan, Randy E. Buffington, and Stephen M. Jones* |
| *Additional Counsel for Lead Plaintiff* | |

\* \* \*

**O R D E R**

    IT IS SO ORDERED.

    DATED: July 19, 2019.

_____
THE HONORABLE WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE