UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Andrey Slomnitsky

        Plaintiff(s),

vs.

Scott A. Caldwell, Robert M. Buchan,
Randy E. Buffington, Stephen M. Jones

        Defendant(s).

Case #3:14-cv-00175-LRH-WGC

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Kyle A. Niemi_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Sullivan & Cromwell LLP_____
(firm name)

with offices at _____1870 Embarcadero Road_____,
(street address)

__Palo Alto__, __California__, __94303__,
(city) (state) (zip code)

__(650)461-5600__, __niemik@sullcrom.com__.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

__Scott A. Caldwell, Robert M. Buchan *__ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

*Randy E. Buffington, and Stephen M. Jones

Rev. 5/16

3. That since **December 11, 2012**, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of **California**
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| United States Court of Appeals, Ninth Circuit | February 15, 2013 | 287404 |
| United States District Court, Northern District CA | February 14, 2013 | 287404 |
| United States District Court, Eastern District CA | March 4, 2013 | 287404 |
| United States District Court, Southern District CA | March 4, 2013 | 287404 |
| United States District Court, Central District CA | February 14, 2013 | 287404 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

N/A

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

N/A

7. That Petitioner is a member of good standing in the following Bar Associations.

California Bar Association
American Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| | NONE | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ____California____ )
)
COUNTY OF ____Santa Clara____ )

____Kyle A. Niemi____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

25th day of September, 2019.

Maria Isabel Caldera Ramirez   (see attached seal)
Notary Public or Clerk of Court

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ____John Patrick Desmond____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

____Dickinson Wright PLLC, 100 W Liberty Street, Suite 940____,
(street address)

____Reno____, ____Nevada____, ____89501____,
(city)         (state)         (zip code)

____(775)343-7500____, ____jdesmond@dickinsonwright.com____.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s)     John P. Desmond     as his/her/their Designated Resident Nevada Counsel in this case.

By: *(signature)*
(party's signature)

SCOTT A. CALDWELL, Defendant
(type or print party name, title)

_____
(party's signature)

ROBERT M. BUCHAN, Defendant
(type or print party name, title)

_____
(party's signature)

RANDY E. BUFFINGTON, Defendant
(type or print party name, title)

_____
(party's signature)

STEPHEN M. JONES, Defendant
(type or print party name, title)

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s)     John P. Desmond     as his/her/their Designated Resident Nevada Counsel in this case.

By: _____
(party's signature)

SCOTT A. CALDWELL, Defendant
(type or print party name, title)

_____
(party's signature)

ROBERT M. BUCHAN, Defendant
(type or print party name, title)

_____
(party's signature)

RANDY E. BUFFINGTON, Defendant
(type or print party name, title)

_____
(party's signature)

STEPHEN M. JONES, Defendant
(type or print party name, title)

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s)   John P. Desmond   as his/her/their Designated Resident Nevada Counsel in this case.

By: _____
(party's signature)

SCOTT A. CALDWELL, Defendant
(type or print party name, title)

_____
(party's signature)

ROBERT M. BUCHAN, Defendant
(type or print party name, title)

*[signature]*
(party's signature)

RANDY E. BUFFINGTON, Defendant
(type or print party name, title)

*[signature]*
(party's signature)

STEPHEN M. JONES, Defendant
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

5618                                          jdesmond@dickinsonwright.com
Bar number                              Email address

APPROVED:
DATED this 26th day of September, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

6



**The State Bar**
*of California*

OFFICE OF ATTORNEY REGULATION
& CONSUMER RESOURCES

180 Howard Street, San Francisco, CA 94105          888-800-3400          AttorneyRegulation@calbar.ca.gov

# CERTIFICATE OF STANDING

September 18, 2019

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, KYLE ALLEN NIEMI, #287404 was admitted to the practice of law in this state by the Supreme Court of California on December 11, 2012 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Denise Velasco
Custodian of Records

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**      CIVIL CODE § 1189

---

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California )
County of __Santa Clara__ )

On __Septembe 25, 2019__ before me, __Maria Isabel Caldera Ramirez__,
         *Date*                                    *Here Insert Name and Title of the Officer*

personally appeared __Kyle A. Niemi__
                                *Name(s) of Signer(s)*

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

[Notary Seal: MARIA ISABEL CALDERA-RAMIREZ, Notary Public – California, Santa Clara County, Commission # 2164816, My Comm. Expires Sep 16, 2020]

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
                *Signature of Notary Public*

*Place Notary Seal Above*

---
**— OPTIONAL —**
*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: __Pro Hac Vice App / Nevada__ Document Date: __9/25/19__
Number of Pages: __6__ Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**
Signer's Name: __Kyle A. Niemi__
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Individual   ☒ Attorney in Fact
☐ Trustee   ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Individual   ☐ Attorney in Fact
☐ Trustee   ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)    Item #5907