BROWER PIVEN
  A Professional Corporation
DAVID A.P. BROWER *(Admitted Pro Hac Vice)*
136 Madison Avenue, 5th Floor
New York, New York 10016
Telephone:  (212) 501-9000
Facsimile:   (212) 501-0300
brower@browerpiven.com

*Counsel for Lead Plaintiff Andrey Slomnitsky
and Lead Counsel for the Class*

MUCKLEROY LUNT, LLC
MARTIN A. MUCKLEROY
Nevada Bar No. 009634
6077 S. Fort Apache Road, Suite 140
Las Vegas, Nevada 89148
Telephone: (702) 907-0097
Facsimile: (702) 938-4065
martin@muckleroylunt.com

*Counsel for Lead Plaintiff Andrey Slomnitsky
and Liaison Counsel for the Class*

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re ALLIED NEVADA GOLD CORP. SECURITIES LITIGATION | Case No. 3:14-cv-00175-LRH-WGC |
| | <u>CLASS ACTION</u> |
| This Document Relates To:<br><br>ALL ACTIONS. | LEAD PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS NOTICE, FINAL APPROVAL OF THE PROPOSED SETTLEMENT, FINAL APPROVAL OF THE PROPOSED PLAN OF ALLOCATION, AND LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES AND LEAD PLAINTIFF'S REQUEST FOR REIMBURSEMENT FOR HIS TIME AND EXPENSERS REPRESENTING THE CLASS |

Court-appointed Lead Plaintiff Andrey Slomnitsky ("Lead Plaintiff") and Lead Counsel, Brower Piven, A Professional Corporation ("Lead Counsel") respectfully will move this Court for entry of the Final Judgment and Order of Dismissal With Prejudice in the form annexed as Exhibit B to the Stipulation and Agreement of Settlement, dated January 24, 2020 (the "Stipulation," ECF No. 199):

1. Finding that the forms and methods for providing notice to the Class (the "Notice"), issued pursuant to this Court's June 10, 2020 Order Granting Preliminary Approval of Proposed Settlement, Granting Conditional Class Certification, and Providing for Notice to the Class ("Preliminary Approval Order"; ECF No. 201), met the requirements of FED. R. CIV. P. 23(c) and (e), the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u–4 *et seq.*, and due process;

2. Granting final certification for settlement purposes, pursuant to Fed. R. Civ. P. 23(a) and 23(b)(3), to the class consisting of all persons and entities who purchased Allied Nevada Gold Corporation ("Allied") common stock in the United States or on a securities exchange in the United States between January 18, 2013 through August 5, 2013, inclusive (the "Class";

3. granting final approval, pursuant to FED. R. CIV. P. 23(e), of the Settlement on the terms set forth in the Stipulation.

4. granting approval of the plan of allocation of the proceeds of the Settlement;

5. awarding Plaintiff's Counsel, pursuant to FED. R. CIV. P. 23(h) and FED. R. CIV. P. 54(d)(2), attorneys' fees equal to 33 1/3% of the Settlement Fund for their efforts in prosecuting the Action and obtaining the Settlement;

6. awarding Lead Counsel reimbursement of litigation and administration expenses in the amount of $324,557.52.

7. awarding Lead Plaintiff $10,000 as reimbursement for his time and expenses expended in representing the Class; and

8. granting such other and further relief as the Court may deem just and proper.

As grounds and in support of the above requested relief, Lead Plaintiff respectfully refers the Court to the accompanying: (a) Lead Plaintiff's Memorandum of Law in Support of Motion for Final Certification of the Class and Final Approval Class Notice; (b) Plaintiff's Memorandum in Support of Final Approval of the Proposed Settlement and Approval of the Proposed Plan of Allocation; (c) Lead

Plaintiff's and Plaintiff's Counsel's Memorandum in Support of (1) Plaintiff's Counsel's Application for an Award of Attorneys' Fees; (2) Plaintiff's Counsel's Request For Reimbursement of Their Litigation Expenses; and (3) Lead Plaintiff's Request For Reimbursement For His Time and Expenses Representing the Class; (4) the Declaration of David A.P. Brower in Support of Lead Plaintiff's Motion for Certification of the Class for Settlement Purposes, Final Approval of the Settlement, Approval of the Plan of Allocation, and Lead Plaintiff's Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Expenses and Lead Plaintiff's Request For Reimbursement For His Time and Expenses Representing the Class, dated August 24, 2020, and the exhibits thereto; and (e) other such matters and arguments as the Court may consider with respect to this Motion.

The form of the [Proposed] Final Judgment and Order of Dismissal ("Proposed Final Judgment") was submitted to the Court on February 10, 2020 as Exhibit B to the Stipulation. *See* ECF No. 199. Certain information necessary to finalize the Proposed Final Judgment, such as the number of requests for exclusion from the Class, if any, and disposition of any objections received, if any, is not yet available, and will only be available following the September 28, 2020 deadline for requests for exclusion or objections. Accordingly, Lead Plaintiff will provide the Proposed Final Judgment in final form with their supplemental papers that will be filed, pursuant to the Court's Preliminary Approval Order, ten (10) business days prior to the Settlement Hearing.

DATED: August 24, 2020                                            Respectfully submitted,

**MUCKLEROY LUNT, LLC**
*/s/ Martin A. Muckleroy*
Martin A. Muckleroy (SBN 9634)
6077 South Fort Apache Road, Suite 140
Las Vegas, NV 89148
Telephone: (702) 907-0097
Facsimile: (702) 938-4065
martin@muckleroylunt.com

*Counsel for Lead Plaintiff Andrey Slomnitsky and Liaison Counsel for the Class*

2

**BROWER PIVEN**
  A Professional Corporation
David A.P. Brower (admitted *pro hac vice*)
136 Madison Avenue, 5th Floor
New York, NY 10016
Telephone: (212) 501-9000
Facsimile: (212) 501-0300
brower@browerpiven.com

**BROWER PIVEN**
  A Professional Corporation
Charles J. Piven (admitted *pro hac vice*)
3704 North Charles Street, #1301
Baltimore, MD 21218
Telephone: (410) 332-0030
Facsimile: (410) 685-1300
piven@browerpiven.com

*Counsel for Lead Plaintiff Andrey Slomnitsky and Lead Counsel for the Class*

**ROBBINS GELLER RUDMAN &
  DOWD LLP**
Samuel H. Rudman (admitted *pro hac vice*)
Joseph Russello (admitted *pro hac vice*)
William J. Geddish (admitted *pro hac vice*)
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: (631) 367-7100
Facsimile: (631) 367-1173
srudman@rgrdlaw.com
jrussello@rgrdlaw.com
wgeddish@rgrlaw.com

*Additional Counsel for Lead Plaintiff and the Class*

**CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing document was filed on August 24, 2020, and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                          */s/ Martin A. Muckleroy*
                                           Martin A. Muckleroy